In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of JOHN L. ROGERS, Deceased.

WILMER S. WOOD et al., as Trustees under the Will of SILAS WOOD, Deceased, et al., Appellants; THE TREASURER OF ORANGE COUNTY, Respondent.

*Matter of Rogers,* 71 App. Div. 461, affirmed.
(Submitted October 7, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made April 18, 1902, which modified and affirmed as modified an order of the Orange County Surrogate's Court assessing a transfer tax upon the estate of John L. Rogers, deceased.

*Edgerton L. Winthrop, Jr.,* and *Flamen B. Candler* for appellants.

*Edward H. Fallows* and *James G. Graham* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.